UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

CHAMBERS OF
J. FREDERICK MOTZ
UNITED STATES DISTRICT JUDGE

101 WEST LOMBARD STREET
BALTIMORE, MARYLAND 21201
(410) 962-0782
(410) 962-2698 FAX

June 1, 2016

MEMO TO COUNSEL RE:  Norma J. Slampa v. Johnson & Johnson, et al.
Civil No. JFM-16-884

Dear Counsel:

I have reviewed the memoranda submitted in connection with defendant's motion to dismiss.

The motion (document 4) is denied.  I am satisfied that Counts VI and VII, stating claims for fraud, intentional misrepresentation and fraud-concealment, state claims upon which relief can be granted and meet the standards of *Iqbal*.

Despite the informal nature of this letter, it should be flagged as an opinion and docketed as an order.

Very truly yours,

/s/

J. Frederick Motz
United States District Judge